UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re   Apple Tree Home Improvements, LLC, A New Mexico   ,   Case No.: _____
        Limited Liability Company

Debtor(s).

## NON-INDIVIDUAL DEBTOR'S OMNIBUS SIGNATURE PAGE AND DECLARATION

Check all that apply:

☑ **Voluntary Petition for Non-Individuals Filing for Bankruptcy (Form 201):** The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in the petition. I have been authorized to file this petition on behalf of the debtor. I have examined the information in the petition and have a reasonable belief that the information is true and correct.

☐ **Declaration Under Penalty of Perjury for Non-Individual Debtors (Form 202):** I am the president, another officer, or an authorized agent of the corporation, a member of an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case. I have examined the information in the following documents checked below and have a reasonable belief that the information is true and correct.

   ☐ Schedule A/B: *Assets-Real and Personal Property* (Official Form 206 A/B)

   ☐ Schedule D: *Creditors Who Have Claims Secured by Property* (Official Form 206 D)

   ☐ Schedule E/F: *Creditors Who Have Unsecured Claims* (Official Form 206 E/F)

   ☐ Schedule G: *Executory Contracts and Unexpired Leases* (Official Form 206G)

   ☐ Schedule H: *Codebtors* (Official Form 206(H)

   ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

   ☐ Amended Schedule _____

   ☐ Chapter 11 or Chapter 9: *List of Creditors Who have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

   ☐ Other document that requires a declaration: _____

☐ **Statement of Your Financial Affairs for Non-individuals Filing for Bankruptcy (Form 207):** I have examined the information in the *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

☐ I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michele Ament
_____
Signature of non-individual debtor's authorized representative
Michele Ament
Printed name
Managing Director                                Executed on _____
Title

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy