```
United States Bankruptcy Court
District of New Mexico
```

In re:                                                                        Case No. 17-10313-j
Apple Tree Home Improvements, LLC, A New                                      Chapter 7
                        Debtor

# CERTIFICATE OF NOTICE

District/off: 1084-1          User: pstephens          Page 1 of 2             Date Rcvd: Feb 13, 2017
                              Form ID: 309C            Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2017.
```
db            +Apple Tree Home Improvements, LLC, A New Mexico Li,    1056 Mechem Drive,
                Ruidoso, NM 88345-7044
tr             Clarke C. Coll,    PO Box 2288,    Roswell, NM 88202-2288
3622477        American Linen Supply,    555 N. Church Street,    Las Cruces, NM 88001
3622478       +Arca Iron & Steel,    PO Box 13265,    El Paso, TX 79913-3265
3622494       +City Bank,   c/o Arland & Assoc.,    PO Box 1089,    Santa Fe, NM 87504-1089
3622472       +CityBank,   1096 Mechem Drive,    Ruidoso, NM 88345-7067
3622473        De Lage Landen,    PO Box 41602,    Philadelphia, PA 19101-1602
3622479       #+Directory Plus,    162 Stewart Street,    Durango, CO 81303-7999
3622480        Do It Best,    PO Box 868,    Fort Wayne, IN 46801-0868
3622481       +Eric Sterling Ament,    PO Box 1841,    Elephant Butte, NM 87935-1841
3622495       +Eric and Michele Ament,    PO Box 1841,    Elephant Butte, NM 87935-1841
3622474       +Happy Camper Management, LLC,    110 Pinehurst Road,    Alto, NM 88312-8048
3622482       +John Underwood,   1221 Mechem Suite 5,    Ruidoso, NM 88345-7224
3622483       +Kelly Moore Paints,    987 Commercial Street,    San Carlos, CA 94070-4018
3622484       +L&P Lumber,   101 N. Archuleta,    Las Cruces, NM 88005-4102
3622486       +Log Cabin, Inc.,    1074 Mechem,    Ruidoso, NM 88345-7044
3622485       +Log Cabin, Inc.,    1074 Mechem Drive,    Ruidoso, NM 88345-7044
3622488       +Michele Geraldine Ament,    1074 Mechem Drive,    Ruidoso, NM 88345-7044
3622487       +Michele and Eric Ament,    1074 Mechem Drive,    Ruidoso, NM 88345-7044
3622489       +New Mexico Machinery,    2801 SE Main Street,    Roswell, NM 88203-9629
3622490       +Paint Sundries Solutions,    930 7th Avenue,    Kirkland, WA 98033-5748
3622491       +Scott Northam,    1035 Mechem Drive,    Ruidoso, NM 88345-7074
3622492        Stihl,   PO Box 664018,    Dallas, TX 75266-4018
3622493       +The Hartford,    PO Box 14175,    Lexington, KY 40512-4175
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: trey@arvizulaw.com Feb 14 2017 00:16:06     R Trey Arvizu, III,    PO Box 1479,
                Las Cruces, NM 88004-1479
ust            E-mail/Text: USTPREGION20.OC.ECF@USDOJ.GOV Feb 14 2017 00:16:25      United States Trustee,
                PO Box 608,    Albuquerque, NM 87103-0608
3622496       +E-mail/Text: jcmedfor@rodey.com Feb 14 2017 00:16:08      Happy Camper Management, LLC,
                c/o Rodey Dickason Sloan Akin & Robb,    PO Box 1888,    Albuquerque, NM 87103-1888
3622475        EDI: IRS.COM Feb 14 2017 00:23:00     Internal Revenue Service,     PO Box 7346,
                Philadelphia, PA 19101-7346
3622476        EDI: NMTRD.COM Feb 14 2017 00:23:00     NM Taxation & Revenue Department,     PO Box 8575,
                Albuquerque, NM 87198-8575
                                                                                              TOTAL: 5
```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2017 at the address(es) listed below:
```
              Clarke  C. Coll    clarkecoll@gmail.com, nm14@ecfcbis.com
              R Trey Arvizu, III    on behalf of Debtor    Apple Tree Home Improvements, LLC, A New Mexico
               Limited Liability Company trey@arvizulaw.com,
               polly@arvizulaw.com;eva@arvizulaw.com;office@arvizulaw.com;laptop@arvizulaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
　　　　　　United States Trustee　　ustpregion20.aq.ecf@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 3

| | | | |
|---|---|---|---|
| **Information to identify the case:** | | | |
| Debtor | **Apple Tree Home Improvements, LLC, A New Mexico Limited Liability Company** | EIN | **46–1498813** |
| | Name | | |
| United States Bankruptcy Court | **District of New Mexico** | Date case filed for chapter | **7  2/12/17** |
| Case number: | **17–10313–j7** | | |

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline          12/15

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Apple Tree Home Improvements, LLC, A New Mexico Limited Liability Company | |
| 2. | **All other names used in the last 8 years** | aka Appletree Home Improvement | |
| 3. | **Address** | 1056 Mechem Drive<br>Ruidoso, NM 88345 | |
| 4. | **Debtor's attorney**<br>Name and address | R Trey Arvizu III<br>PO Box 1479<br>Las Cruces, NM 88004–1479 | Contact phone 575–527–8600<br>Email  trey@arvizulaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Clarke C. Coll<br>PO Box 2288<br>Roswell, NM 88202–2288 | Contact phone 575–623–2288<br>Email  clarkecoll@gmail.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Dennis Chavez Federal Building and United States Courthouse<br>500 Gold Avenue SW, 10th Floor<br>PO Box 546<br>Albuquerque, NM 87103–0546 | Hours open  8:30 AM to 4:30 PM<br><br>Contact phone<br>505–348–2500/866–291–6805<br><br>Court Website  www.nmb.uscourts.gov |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **March 21, 2017 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Chaves County Magistrate Court, 400 North Virginia Street, Roswell, NM 88201** |
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships)   Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline          page 1
2/13/17