

**BALLANTINE COMMUNICATIONS**

Ballantine Communications Inc.
DBA: Directory Plus
PO Drawer A
Durango, CO 81302

February 22, 2017

To Whom It May Concern,

I would like to inform you of a change in our business address.

Directory Plus was formerly located at:

162 Stewart Street
Durango, CO 81303

And is now located at:

PO Drawer A
Durango, CO 81302

Please update our address in your records.

Thank you,

*Stephanie Thorsheim*

Stephanie Thorsheim
Ballantine Communications
Corporate Controller
(970) 375-4513

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | **Apple Tree Home Improvements, LLC, A New Mexico Limited Liability Company** | EIN | 46-1498813 |
| | Name | | |
| United States Bankruptcy Court | District of New Mexico | Date case filed for chapter 7 | 2/12/17 |
| Case number: 17-10313-j7 | | | |

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline          12/15

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | Debtor's full name | Apple Tree Home Improvements, LLC, A New Mexico Limited Liability Company | |
| 2. | All other names used in the last 8 years | aka Appletree Home Improvement | |
| 3. | Address | 1056 Mechem Drive<br>Ruidoso, NM 88345 | |
| 4. | Debtor's attorney<br>Name and address | R Trey Arvizu III<br>PO Box 1479<br>Las Cruces, NM 88004-1479 | Contact phone 575-527-8600<br>Email trey@arvizulaw.com |
| 5. | Bankruptcy trustee<br>Name and address | Clarke C. Coll<br>PO Box 2288<br>Roswell, NM 88202-2288 | Contact phone 575-623-2288<br>Email clarkecoll@gmail.com |
| 6. | Bankruptcy clerk's office<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Dennis Chavez Federal Building and United States Courthouse<br>500 Gold Avenue SW, 10th Floor<br>PO Box 546<br>Albuquerque, NM 87103-0546 | Hours open 8:30 AM to 4:30 PM<br>Contact phone<br>505-348-2500/866-291-6805<br>Court Website www.nmb.uscourts.gov |
| 7. | Meeting of creditors<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | March 21, 2017 at 11:00 AM<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Chaves County Magistrate Court, 400 North Virginia Street, Roswell, NM 88201** |
| 8. | Proof of claim<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline          page 1
2/13/17

Case 17-10313-j7   Doc 5   Filed 02/24/17   Entered 02/24/17 12:55:45 Page 2 of 2
019647                              54504019666022