UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:
APPLE TREE HOME IMPROVEMENTS, LLC
A New Mexico Limited Liability Company,
    Debtor.      No. 17-10313-j7

## MOTION FOR EXTENSION OF TIME

COMES NOW, Debtor, Apple Tree Home Improvements, LLC, by and through its attorney, R. "Trey" Arvizu, III and files this Motion for Extension of time and in support thereof states as follows:

1. Debtor filed a Voluntary Petition on February 12, 2017.

2. A meeting of creditors has been scheduled for March 21, 2017 at 11:00am.

3. Debtor's representative had an unexpected out of state trip to assist a family member with medical issues.

4. Debtor anticipates having the information necessary to prepare its schedules and statements to its attorney by March 8, 2017.

5. Debtor request that it be allowed until March 8, 2017 to file its schedules and statements.

6. Attorney for Creditor, City Bank does consent to this motion.

7. The Chapter 7 trustee does consent to this motion.

WHEREFORE, Debtor, Apple Tree Home Improvements, LLC respectfully requests that it be given an extension of time to file its schedules and statements until March 8, 2017.

    Electronically Submitted
    R. "Trey" Arvizu, III
    Attorney for Debtor
    P.O. Box 1479
    Las Cruces, New Mexico 88004
    (575) 527-8600
    Fax: (575) 527-1199

I CERTIFY that the foregoing was electronically filed with the Court via the CM/ECF system. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on this 26th day of February, 2017.

<u>Electronically submitted</u>
R. "Trey" Arvizu, III