# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

In re: Apple Tree Home Improvements, LLC, A New Mexico Limited Liability Company

      Debtor.

Case No. 17-10313-jr

      Plaintiff,

Adv. Pro. No.

v.

      Defendant.

Pursuant to Fed. R. Bankr. P. 7007.1(a), the undersigned identifies the following corporations (other than governmental units), that directly or indirectly own 10% or more of any class of the undersigned's equity interests:

|✓ None [*Check if applicable*]

Date: February 27, 2017

CORPORATION
By: _____
    Signature
Name: Michele Ament
Title: Managing Member

NM LF 7007.1
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy