## United States Bankruptcy Court
### District of New Mexico

In re: Apple Tree Home Improvements, LLC, A New Mexico Limited Liability Company, Debtor

Case No. 17-10313-jr

Chapter 7

## Numbered Listing of Creditors - AMENDED

| | Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|---:|
| 1. | American Linen Supply<br>555 N. Church Street<br>Las Cruces, NM 88001 | Unsecured claims | 1,080.00 |
| 2. | Arca Iron & Steel<br>PO Box 13265<br>El Paso, TX 79913 | Unsecured claims<br>Disputed | 1,200.00 |
| 3. | CityBank<br>1096 Mechem Drive<br>Ruidoso, NM 88345 | Secured claims | 1,688,713.68 |
| 4. | CityBank<br>1096 Mechem Drive<br>Ruidoso, NM 88345 | Secured claims | 301,231.71 |
| 5. | De Lage Landen<br>PO Box 41602<br>Philadelphia, PA 19101-1602 | Secured claims | 9,848.16 |
| 6. | Directory Plus<br>162 Stewart Street<br>Durango, CO 81303 | Unsecured claims | 1,756.00 |
| 7. | Do It Best<br>PO Box 868<br>Fort Wayne, IN 46801-0868 | Unsecured claims | 9,907.31 |
| 8. | Happy Camper Management, LLC<br>110 Pinehurst Road<br>Alto, NM 88312 | Secured claims | 350,000.00 |
| 9. | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Priority claims | Unknown |
| 10. | John Underwood<br>1221 Mechem Suite 5<br>Ruidoso, NM 88345 | Unsecured claims | 9,834.00 |
| 11. | Kelly Moore Paints<br>987 Commercial Street<br>San Carlos, CA 94070 | Unsecured claims | 2,000.00 |
| 12. | L&P Lumber<br>101 N. Archuleta<br>Las Cruces, NM 88005 | Unsecured claims | 7,200.00 |

In re   Apple Tree Home Improvements, LLC, A New       Case No. ___17-10313-jr___
        Mexico Limited Liability Company
                                                    ,
                          Debtor

## Numbered Listing of Creditors - AMENDED
(Continuation Sheet)

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---:|
| 13. Log Cabin, Inc.<br>1074 Mechem Drive<br>Ruidoso, NM 88345 | Unsecured claims | 150,000.00 |
| 14. Michele and Eric Ament<br>1074 Mechem Drive<br>Ruidoso, NM 88345 | Unsecured claims | 100,000.00 |
| 15. New Mexico Machinery<br>2801 SE Main Street<br>Roswell, NM 88203 | Unsecured claims | 9,514.37 |
| 16. NM Taxation & Revenue Department<br>PO Box 8575<br>Albuquerque, NM 87198-8575 | Priority claims | Unknown |
| 17. Paint Sundries Solutions<br>930 7th Avenue<br>Kirkland, WA 98033 | Unsecured claims | 1,906.19 |
| 18. PNM Gas<br>Attn Officer/Managing or Service Agent<br>PO Box 349<br>Albuquerque, NM 87101 | Unsecured claims | 1,299.66 |
| 19. Scott Northam<br>1035 Mechem Drive<br>Ruidoso, NM 88345 | Unsecured claims | 1,485.86 |
| 20. Stihl<br>PO Box 664018<br>Dallas, TX 75266-4018 | Unsecured claims | 16,253.27 |
| 21. The Hartford<br>PO Box 14175<br>Lexington, KY 40512-9917 | Unsecured claims | 0.00 |
| 22. Village of Ruidoso<br>313 Cree Meadows<br>Ruidoso, NM 88345 | Unsecured claims | Unknown |
| 23. Zia Natural Gas Company<br>100 Short Drive<br>Ruidoso Downs, NM 88346 | Unsecured claims | Unknown |

In re    Apple Tree Home Improvements, LLC, A New              Case No. ___17-10313-jr___
         Mexico Limited Liability Company
                                                    ,
                                    Debtor

## DECLARATION

I, Michele Ament, the Managing Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Numbered Listing of Creditors and that it is true and correct to the best of my information and belief.

Date_____          Signature_____
                                               Michele Ament
                                               Managing Director

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.