UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re
APPLE TREE HOME IMPROVEMENTS, LLC,
A New Mexico Limited Liability Company,
    Debtor.                                     Case No. 17-10313-jr

**LATE NOTICE TO ADDITIONAL PARTIES OF BANKRUPTCY CASE FILING, MEETING OF CREDITORS, AND DEADLINES**

      A Notice of Bankruptcy Case, Meeting of Creditors, and Deadlines (the "Original Notice") was mailed to creditors on February 15, 2017. A copy of the Original Notice is enclosed. If the debtor is an individual, a copy of the Statement of Social Security Number (Form 121) ("Statement") is also enclosed. The debtor believes the Original Notice was not sent to you.

      Please review the Original Notice carefully; it contains several important dates and deadlines. Because you are receiving this notice late, you may want to consult an attorney to determine what rights, if any, you have arising from the late notice.

      If you need to file anything in this case, use the court address in the Original Notice. Attorneys are required to file documents electronically. If this is a chapter 7 case, do not file a proof of claim unless a Notice of Deadline to File Proof of Claim is enclosed with this notice. If this is a chapter 13 case, instructions for obtaining a proof of claim form are in the Original Notice.

                                      Electronically filed
                                      R. "Trey" Arvizu, Esq.
                                      Attorney for Debtors
                                      PO Box 1479
                                      Las Cruces, NM 88004
                                      (575) 527-8600
                                      fax: (575) 527-1199

                                  Certificate of Service

      I certify that, on March 8, 2017, copies of this notice, the Original Notice, the Statement (if the debtor is an individual), and, if checked,

          [ ] Notice of Deadline to File Proof of Claim

were served via first class mail, postage prepaid, on the parties at the addresses shown on the mailing list attached to this notice.

                                  /e/_____
                                  Signature