UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

APPLE TREE HOME IMPROVEMENTS, LLC,
A New Mexico Limited Liability Company,
      Debtor(s).                                        No. 17-10313-j7

## ENTRY OF APPEARANCE

COMES NOW Arland & Associates, LLC by and through William J. Arland III hereby enters his appearance on behalf of City Bank f/k/a City Bank New Mexico, in the above captioned case, and request copies of all documents filed in the case.

Respectfully submitted,

ARLAND & ASSOCIATES, LLC

*/s/ William J. Arland III*
William J. Arland III
P.O. Box 1089
Santa Fe, NM 87504-1089
Telephone: 505.955.0770
Facsimile: 505.212.4150
Email: warland@thearlandlawfirm.com
       *Attorney for City Bank*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct
copy of the foregoing pleading was
served on all counsel of record via
the Court's CM/ECF electronic filing
system on this 14th day of March 2017,
the same date the foregoing was filed.

ARLAND & ASSOCIATES, LLC

*/s/ William J. Arland III*
William J. Arland III