**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW MEXICO**

In re:

**APPLE TREE HOME IMPROVEMENTS, LLC**
a New Mexico Limited Liability Company,
    Debtor.                             No. 17-10313-j7

**CERTIFICATE OF MAILING OF**
**DEBTOR'S TAX RETURN**

Debtor, Apple Tree Home Improvements, LLC, a New Mexico Limited Liability Company, through its attorney of record, R. "Trey" Arvizu, III, certifies that a copy its 2015 U.S. Income Tax Return was electronically transmitted this 14th day of March, 2017 to Clarke C. Coll, Chapter 7 Trustee, via DocLink, https://doclink.bms7.com/index.html.

                                                <u>Electronically filed</u>
                                                R. "Trey" Arvizu, III
                                                Attorney for Debtor
                                                PO Box 1479
                                                Las Cruces NM  88004
                                                Tel:  (575) 527-8600
                                                Fax:  (575) 527-1199
                                                trey@arvizulaw.com