# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW MEXICO

In re:

APPLE TREE HOME IMPROVEMENTS, LLC,
a NEW MEXICO LIMITED LIABILITY COMPANY,

      Debtor(s).

Case No. 17-10313-j7

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Rodey, Dickason, Sloan, Akin & Robb, P.A., (Charles R. Hughson) hereby enters its appearance on behalf of creditor Happy Camper Management, LLC, in the above captioned matter and requests that all Notices be sent to it at the address shown below.

    RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By:   /s/ Charles R. Hughson
      Charles R. Hughson
      Post Office Box 1888
      Albuquerque, NM 87103
      Telephone: (505) 768-7239
      chughson@rodey.com
      *Attorneys for Creditor*
      *Happy Camper Management, LLC*

## CERTIFICATE OF SERVICE:

I hereby certify that a true and correct copy of the foregoing pleading was served on all parties entitled to notice via the Court's CM/ECF electronic filing system on March 17, 2017, the same date the foregoing was filed.

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

/s/ Charles R. Hughson
Charles R. Hughson

2422917.1   16394/51163   02/17/2017