```
                        United States Bankruptcy Court
                            District of New Mexico
In re:                                                    Case No. 17-10313-j
Apple Tree Home Improvements, LLC, A New                  Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

District/off: 1084-1     User: jrbaca        Page 1 of 1          Date Rcvd: Mar 30, 2017
                         Form ID: fnldecr2   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: TRD-bankruptcyunit@state.nm.us Mar 30 2017 23:31:39
                  New Mexico Taxation & Revenue Department,   PO Box 8575,   Albuquerque, NM  87198-8575
                                                                                          TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2017                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2017 at the address(es) listed below:
              Charles R. Hughson    on behalf of Creditor    Happy Camper Management, LLC crhughso@rodey.com,
               jcmedfor@rodey.com
              Clarke  C. Coll    clarkecoll@gmail.com,   nm14@ecfcbis.com
              R Trey Arvizu, III    on behalf of Debtor    Apple Tree Home Improvements, LLC, A New Mexico
               Limited Liability Company trey@arvizulaw.com,
               polly@arvizulaw.com;eva@arvizulaw.com;office@arvizulaw.com;laptop@arvizulaw.com
              United States Trustee    ustpregion20.aq.ecf@usdoj.gov
              William J Arland, III    on behalf of Creditor    City Bank New Mexico warland@thearlandlawfirm.com,
               bmartinez@thearlandlawfirm.com;ssiebach@thearlandlawfirm.com;fdiaz@thearlandlawfirm.com;afurnish@
               thearlandlawfirm.com;mjohnson@thearlandlawfirm.com;cmaestas@thearlandlawfirm.com
                                                                                          TOTAL: 5

Dennis Chavez Federal Building and United States Courthouse
500 Gold Avenue SW, 10th Floor
PO Box 546
Albuquerque, NM 87103−0546
505−348−2500/866−291−6805
www.nmb.uscourts.gov

Case No.:   17−10313−j7
Chapter:  7
Judge:  Robert H. Jacobvitz
Judge/341 Location:  JR

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

**In re Debtor(s):**

Apple Tree Home Improvements, LLC, A New Mexico
Limited Liability Company
 aka Appletree Home Improvement
1056 Mechem Drive
Ruidoso, NM 88345
Tax ID No:  46−1498813

## FINAL DECREE

The estate of the debtor(s) having been fully administered,

IT IS ORDERED that Clarke C. Coll is discharged as trustee of the estate, the bond is cancelled, and this chapter 7 case is closed.

Robert H. Jacobvitz
United States Bankruptcy Judge

nm_finaldecree.jsp